| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 2 |   Including Professional Corporations |
| | STEVEN O. KRAMER, Cal. Bar No. 79626 |
| 3 | skramer@sheppardmullin.com |
| | JASON D. BOSCH, Cal. Bar No. 229040 |
| 4 | jbosch@sheppardmullin.com |
| | 333 South Hope Street, 43rd Floor |
| 5 | Los Angeles, California 90071-1422 |
| | Telephone: 213-620-1780 |
| 6 | Facsimile: 213-620-1398 |
| 7 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| |   A Limited Liability Partnership |
| 8 |   Including Professional Corporations |
| | JONATHAN ROSE (*pro hac vice*) |
| 9 | jrose@sheppardmullin.com |
| | EMILY SEYMOUR COSTIN, Cal. Bar No. 240414 |
| 10 | ecostin@sheppardmullin.com |
| | 1300 I Street, N.W., 11th Floor East |
| 11 | Washington, DC 20005-3314 |
| | Telephone: 202-218-0000 |
| 12 | Facsimile: 202-218-0020 |
| 13 | Attorneys for AMGEN INC., AMGEN MANUFACTURING, LIMITED, KEVIN W. SHARER, RICHARD D. NANULA, CHARLES BELL, FRANK BIONDI, JR., JERRY CHOATE, FRANK HERRINGER, GILBERT OMENN, DAVID BALTIMORE, JUDITH PELHAM, FREDERICK GLUCK, LEONARD SCHAEFFER, ROBERT BRADWAY, DENNIS FENTON and AMGEN FIDUCIARY COMMITTEE |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEVE HARRIS, DENNIS RAMOS, JORGE TORRES, and ALBERT CAPPA, On Behalf of Themselves and All Others Similarly Situated,<br><br>                Plaintiffs,<br>v.<br><br>AMGEN INC., FRANK J. BIONDI, JR., JERRY D. CHOATE, FRANK C. HERRINGER, GILBERT S. OMENN, DAVID BALTIMORE, JUDITH C. PELHAM, KEVIN W. SHARER, FREDERICK W. GLUCK, LEONARD D. SCHAEFFER, ROBERT A. BRADWAY, DENNIS M. FENTON, RICHARD NANULA, CHARLES BELL, GLOBAL BENEFITS<br>   [CAPTION CONTINUED] | Consolidated Case No.: CV 07-05442-PSG (PLAx)<br><br>NOTICE OF RECENTLY DECIDED AUTHORITY RELEVANT TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED COMPLAINT<br><br>DATE: February 11, 2010<br>TIME: 1:30 p.m.<br>PLACE: Courtroom 790,<br>        255 E. Temple St.<br>        Los Angeles, CA 90012<br>Courtroom of the Honorable Philip S. Gutierrez, United States District Judge |

| | | |
|---|---|---|
| 1 | COMMITTEE OF THE BOARD OF DIRECTORS OF AMGEN, PLAN FIDUCIARY COMMITTEE and JOHN DOES 1-50, | |
| 2 | | |
| 3 | | |
| 4 | Defendants. | |
| 5 | DENNIS F. RAMOS, On Behalf of Themselves and All Others Similarly Situated, | Case No.: CV 08-03316-PSG (PLA) |
| 6 | | |
| 7 | Plaintiff, | |
| 8 | v. | |
| 9 | AMGEN, INC., AMGEN MANUFACTURING, LIMITED, RICHARD NANULA, FRANK J. BIONDI, JR., JERRY D. CHOATE, FRANK C. HERRINGER, GILBERT S. OMENN, DAVID BALTIMORE, JUDITH C. PELHAM, KEVIN W. SHARER, FREDERICK W. GLUCK, LEONARD D. SCHAEFFER, ROBERT A. BRADWAY, DENNIS M. FENTON, THE FIDUCIARY COMMITTEE, and JOHN DOES 1-50, | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | Defendants. | |
| 16 | DONALD HANKS, Individually and On Behalf of All Others Similarly Situated, | Case No.: CV 09-03973-PSG (PLA) |
| 17 | | |
| 18 | | |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | AMGEN, INC., KEVIN W. SHARER, RICHARD D. NANULA, CHARLES BELL, AMGEN GLOBAL BENEFITS COMMITTEE, AMGEN FIDUCIARY COMMITTEE and JOHN and JANE DOES 1-10, | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT after Defendants[1] filed their Reply in support of their Motion to Dismiss Plaintiffs' Consolidated Complaint, the United States District Court for the Southern District of New York issued a decision in the case *In re Lehman Brothers Securities & ERISA Litigation*, No. 09-MD-2017 (LAK), 2010 WL 354937 (S.D.N.Y. February 2, 2010) ("Lehman Bros."), granting the defendants' motion to dismiss. This decision is attached hereto as "Exhibit A."

*Lehman Bros.* concerned the Lehman Brothers Saving Plan (the "Plan"), which held Lehman stock and suffered a signficant loss when the firm failed. Plaintiffs were plan beneficiaries. They sued Lehman's former directors and a member of Lehman's Employee Benefits Committee, principally, on the theory that the defendants knew of Lehman's deteriorating condition but imprudently failed to protect the Plan under the Employee Retirement Security Act ("ERISA"). Defendants moved to dismiss the complaint on the ground it failed to state a claim upon which relief may be granted. The court granted the defendants' motion to dismiss finding that plaintiffs failed to adequately allege any breach of fiduciary duty and dismissed the consolidated amended complaint in its entirety.

Plaintiffs in *Lehman Bros.* are represented by the same counsel— Wolf Haldenstein Adler Freeman & Herz LLP and Gainey & McKenna— as Co-Lead Interim Class Counsel for Plaintiffs in this case. The allegations are virtually the same as here. Significantly, the court dismissed plaintiffs' complaint in *Lehman Bros.* for failure to adequately allege any breach of fiduciary duty. Plaintiffs'

---

[1] "Defendants" are Amgen Inc. ("Amgen"), Amgen Manufacturing, Limited ("AML"), Kevin W. Sharer, Richard D. Nanula, Charles Bell, Frank Biondi, Jr., Jerry Choate, Frank Herringer, Gilbert Omenn, David Baltimore, Judith Pelham, Frederick Gluck, Leonard Schaeffer, Robert Bradway, Dennis Fenton and the Amgen Fiduciary Committee.

1  complaint here may properly be dismissed for this reason, as well as the other
2  grounds set forth in Defendants' motion to dismiss.
3
4  Dated: February 10, 2010          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
5
6
7                                    By */s/ Steven O. Kramer*
                                         STEVEN O. KRAMER
8                                    *Attorneys for Defendants Listed on Caption Page*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28